JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLY MILLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; GLOBAL PARATRANSIT INC. ACCIDENTAL DEATH AND DISMEMBERMENT PLAN,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00716-RGK-AFM<br><br>~~[PROPOSED]~~ JUDGMENT |

///

///

///

– 1 –

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

The Court enters judgment in accordance with its Order. (Doc. No. 45)

Pursuant to the Court's Order Re: Court Trial, Defendant Unum Life Insurance Company of America ("Unum") shall pay $50,000 to Plaintiff Lilly Miller ("Ms. Miller"), pursuant to the terms and conditions of the Accidental Death and Dismemberment policy number R0375139 (the 'Policy").

The Court awards pre-judgment and post-judgment interest in favor of Ms. Miller at the set rate set forth in 28 U.S.C. section 1961.

Ms. Miller is the "prevailing party" for purposes of this action, and is entitled to attorneys' fees and costs in an amount to be determined. The parties shall meet-and-confer on the amount of attorneys' fees and costs. If the parties are unable to reach a resolution on the amounts of attorneys' fees and costs, Ms. Miller shall file a motion within 60 days of the date of execution of the judgment.

**IT IS SO ORDERED.**

DATED: April 14, 2022

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE